NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEON FOSTER,<br><br>        Plaintiff,<br><br>v.<br><br>DIRECTOR OSCAR AVILES, et al.,<br><br>        Defendants. | Case No. 23cv0303 (EP)(MAH)<br><br>**ORDER DENYING IFP** |

Plaintiff Leon Foster seeks to bring this civil action *in forma pauperis*, without prepayment of fees or security, asserting claims pursuant to 42 U.S.C. § 1983.

Plaintiff's account statement indicates an account balance of $790.10 as of January 5, 2023. D.E. 1-1 at 4. He denies being employed at his institution and states he has not received "any money" from any source, including "gifts" and "any other sources," within the past 12 months. *Id.* at 2. However, Plaintiff receives regular deposits into his prison account. For example, Plaintiff received $300 on January 3, 2023; $300 on December 2, 2022; and $280 on November 3, 2022. *Id.* at 4. He also has deposits labeled as "PAY TIER," suggesting he is employed at his facility, or at least he has been within the past 6 months. *Id.* Therefore, the Court concludes that Plaintiff can pay the filing fee in this matter.

For the reasons set forth above, the Court will deny Plaintiff's application to proceed *in forma pauperis*. *See Castillo v. Blanco*, 330 F. App'x 463, 465-66 (5th Cir 2009) (affirming

revocation of IFP when plaintiff misrepresented assets). The complaint will be administratively terminated until Plaintiff pays the $402 filing and administrative fees.

**IT IS** on this **24th** day of **January**, 2023;

**ORDERED**, that Plaintiff's *in forma pauperis* application, ECF No. 1-1, shall be, and hereby is, **DENIED**; and it is further

**ORDERED**, that the Clerk of the Court shall administratively terminate this action pending receipt of the $402 filing and administrative fees. The Clerk shall reopen this matter upon receipt of the required fees; and it is finally

**ORDERED**, that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

Dated: January 24, 2023

_____
Hon. Evelyn Padin, U.S.D.J.